# EXHIBIT A

## Confidential Letter agreement with Leigh Holdings, LLC d/b/a Ouroboros Group



**ANTON LUCAS, INCORPORATED**

116 HUNTINGTON AVENUE
BOSTON, MASSACHUSETTS 02116 USA

INVESTMENT BANKING
617-439-9234
FAX 617-439-9280

June 11, 2019

Personal and Confidential

Ms. Samantha Ory
Ouroboros Group LLC
100 Summer Street, Suite 1600
Boston, MA  02110

Re: Honey Dew Associates, Inc.

Dear Ms. Ory:

      In connection with your review of a possible transaction with Honey Dew Associates, Inc. its affiliates and related parties and Bowen Investments, Inc. (together "the Company"), you are reviewing and will receive certain information concerning the Company. As a condition to being furnished this information you agree to treat any Evaluation Material, as defined below, in accordance with the provisions of this letter.

      The term "Evaluation Material" shall mean any information, data and knowledge, concerning the Company regardless of form, (whether in writing, orally, or through visual or electronic means), which is delivered or disclosed to you by the Company or by Anton Lucas, Inc. ("Anton"), or which you learn or obtain through analysis of such information, data or knowledge. Notwithstanding the foregoing, the term "Evaluation Material" does not include information which you can demonstrate (i) is generally available to or known by the public other than as a result of disclosure by you and/or an affiliate, and your or their directors, officers, employees, representatives and advisors, or (ii) was obtained by you and/or your affiliates from a source other than the Company or its directors, officers, employees, representatives and agents, and such source was not bound by a duty of confidentiality to the Company or another party with respect to such information.

      Evaluation Material will be used solely for the purpose of evaluating a possible transaction between the Company and you, and will not under any circumstances be used to adversely affect or compete with the Company. You will keep Evaluation Materials confidential and shall not disclose them to anyone except that you may disclose it to your directors, officers, employees, representatives and advisors, but only to those who need to know such information for the purpose stated above (it being understood that any such person shall be informed by you of the confidential nature of such information and shall

Ms. Samantha Ory
June 11, 2019
Page 2

be directed to treat such information confidentially). Notwithstanding anything to the contrary in the foregoing, you specifically acknowledge and agree that you will not, without the Company's prior express written consent, provide Evaluation Material to any person who is (i) a customer of the Company, (ii) a current competitor of the Company, (iii) a director, officer, employee, agent or affiliate of any of the foregoing.

In the event that Evaluation Material is provided by you (or by the Company at your request) to third parties, including without limitation your attorneys, accountants or investment bankers, you shall be liable to the Company for any failure by such third party to treat such Evaluation Material in the same manner as you are obligated to treat it under the terms of this letter. You will take all measures to restrain the foregoing parties from prohibited or unauthorized disclosures or use of the Evaluation Material.

You agree not to reproduce or copy by any means the Evaluation Materials except as reasonably required to accomplish a proposed transaction and you shall promptly inform us of any decision not to proceed with a transaction. Upon demand by us or by the Company at any time, you shall return promptly to the Company or destroy, at the Company's option, all tangible Evaluation Materials.

In the event that you, your directors, officers, employees or representatives are requested or required in any legal proceeding to disclose anything contained in the Evaluation Materials, you agree to provide the Company with prompt notice of such request or requirement and, in the event the Company determines not to waive the obligations created by or pursuant to this letter, you agree to take reasonable steps to assist the Company in contesting such request or requirement or seeking a protective order or other appropriate remedy to protect the Company's information. If you are, nevertheless, in the written opinion of your legal counsel, legally compelled to disclose the Evaluation Materials to any tribunal or else stand liable for contempt or to suffer some other censure or penalty, the person so compelled may disclose the Evaluation Materials to such tribunal without liability to the Company; provided that the disclosure is limited to only that portion of the Evaluation Materials which such legal counsel advise is legally required to be disclosed.

Without the express prior written consent of the Company, you will not, and you will direct your directors, officers, employees, representatives and advisors not to, disclose to any person the fact that you had obtained Evaluation Material from the Company or the existence, nature or status of discussions or negotiations between the Company and you or any transaction that the Company may be contemplating with any other persons. The term "person" as used in this letter shall be broadly interpreted to include without limitation any corporation, company, group, partnership or individual.

Ms. Samantha Ory
June 11, 2019
Page 3

      For twenty-four (24) months from the date hereof, you agree that, except with the Company's express consent, you will not, directly or indirectly, (A) initiate or maintain contact with any officer, director or employee of the Company or (B) solicit or offer to hire or hire any personnel of the Company or any officer, director or employee of the Company with whom you came in contact or who became known to you as the result of or in connection with your evaluation of a transaction. Nothing shall prohibit the general solicitation for employment not specifically directed at employees of the Company. Unless otherwise agreed to by the Company, all communications regarding the transaction will be submitted or directed to Anton.

      Your obligations in this letter are for the benefit of the Company and its successors and assigns (including, without limitation, any purchaser of the Company) which shall be third party beneficiaries hereof having all the rights to enforce your obligations pursuant to this letter. The agreements entered into by you hereunder shall, in addition to being on your behalf, be on behalf of any and all of your affiliates and your and their respective directors, officers, employees, agents and other representatives.

      You acknowledge and agree that violation of this letter by you may cause the Company irreparable harm, and therefore agree that the Company will be entitled to seek extraordinary relief in court, including but not limited to temporary restraining orders, in addition to and without prejudice to any other rights or remedies that the Company may have for a breach of this letter.

      This letter shall be governed in accordance with the laws of the Commonwealth of Massachusetts, without giving effect to the conflict of laws doctrine thereof.

      If you are in agreement with the foregoing, please so indicate by signing and returning one copy of this letter, whereupon this letter will constitute our agreement with respect to the subject matter hereof.

Sincerely,

*[signature]*

Brad Lucas

Confirmed and Agreed to:

By *[signature]*

Its *Gen'l Part*

Date: 06/11, 2019