*Honey Dew Assoc's, Inc., et al. v. Leigh Holdings, LLC, et al.*

~~EXHIBIT A~~

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HONEY DEW ASSOCIATES, INC, et. al.     ) | |
|                                ) | |
|            *Plaintiffs*           ) | |
| v.                             ) | 1:24-CV-11974-IT |
| LEIGH HOLDINGS, LLC, et. al.        ) | |
|            *Defendants*        ) | |

## [~~PROPOSED~~] ORDER GRANTING PARTIALLY ASSENTED-TO MOTION REMAND WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

This matter coming before the Court on the PARTIALLY ASSENTED-TO MOTION REMAND WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT, due notice having been given and the Court being fully advised, it is **HEREBY ORDERED:**

1. The Motion is GRANTED.

2. This case, including all claims and counterclaims asserted therein, is hereby REMANDED to the Suffolk Superior Court, Business Litigation Section without prejudice.

3. All scheduled deadlines and hearings are VACATED.

4. The Clerk of Court shall CLOSE this case on the docket of this Court.

**SO ORDERED.** Dated: *Sept. 25, 2024*

Honorable Judge Indira Talwani    */s/ Indira Talwani*

United States District Court Judge

*The clerk shall remand the case without waiting the thirty-day period set forth in Local Rule 81.1 (a).*